■ In the Matter of the Estate of JOHN E. STOFFEL, Deceased. FREDERICK J. STOFFEL et al., Appellants; COMMUNITY NATIONAL BANK AND TRUST CO. OF NEW YORK et al., Respondents.—In a proceeding for the judicial construction of the last will and testament of John Stoffel, deceased, petitioners appeal from a decree of the Surrogate's Court, Richmond County, dated June 24, 1980, which dismissed the petition. Decree affirmed, with one bill of $50 costs and disbursements payable by the petitioners personally, for the reasons stated in the memorandum decision of Surrogate Paulo (see, also, *Matter of Beu,* 70 Misc 2d 396, affd 44 AD2d 774; *Matter of Cairo,* 35 AD2d 76, affd 29 NY2d 527). Mangano, J. P., Gibbons, Gulotta and O'Connor, JJ., concur. [104 Misc 2d 154.]